IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,            )<br>                              )<br>vs.                           )<br>                              )<br>ANTHONY H. GRIFFIN,           )<br>                              )<br>        Defendant.            ) | Case No. 8:07CR-186<br><br>ORDER |

This case is before the court on the defendant's Motion to Reconsider Detention and Request for Evidentiary Hearing (#18). The defendant requests the court reopen the issue of detention and allow the defendant to be released to the Williams Prepared Place program in Omaha, Nebraska.

After reviewing the July 27, 2007 Pretrial Services report, the evidence received at the August 1, 2007 detention hearing, and the court's August 1, 2007 Order of Detention (#13), I find the motion should be denied without hearing.

The proposed placement at Williams Prepared Place fails to address the court's concerns as set out in the detention Order. Specifically, the placement fails to address the defendant's significant prior criminal history, which includes five prior felony convictions (including a 2006 felony conviction for terroristic threats).

**IT IS ORDERED** that the defendant's Motion to Reconsider Detention and Request for Evidentiary Hearing (#18) is denied without hearing.

Dated this 14th day of August 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge