IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:07CR-186 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| ANTHONY H. GRIFFIN, ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED** that the following is set for hearing on **Thursday, September 20, 2007 at 10:00 A.M.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Motion to Dismiss Indictment [#26] filed by the defendant

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 30th day of August 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge