# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR186** |
| vs. | ) | |
| | ) | **ORDER** |
| **ANTHONY H. GRIFFIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the oral motion to continue trial made by counsel for the United States. For good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The trial of this matter is continued to **April 15, 2008.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 4, 2008 and April 15, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, due to the unavailability of essential witnesses. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED February 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**