IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ANTHONY H. GRIFFIN, )<br><br>Defendant. ) | 8:07CR186<br><br>**SCHEDULING ORDER** |

IT IS ORDERED that counsel for the United States shall file a written response to defendant's Motion to Compel Discovery [48] no later than **12:00 noon on Tuesday, March 25, 2008.**

DATED March 19, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge