IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )          8:07CR186
             vs.                   )
                                   )     **SCHEDULING ORDER**
ANTHONY H. GRIFFIN,                )
                                   )
                    Defendant.     )

Upon review of the government's response [50],

IT IS ORDERED that defendant is given until **April 2, 2008** to file a reply brief

regarding his pending Motion to Compel Discovery [48].

DATED March 19, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge