IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>ANTHONY H. GRIFFIN,  )<br>)<br>Defendant.  ) | 8:07CR186<br><br>**SCHEDULING ORDER** |

Upon review of the government's response [50],

IT IS ORDERED that defendant is given until **April 2, 2008** to file a reply brief regarding his pending Motion to Compel Discovery [48].

DATED March 25, 2008.

                      BY THE COURT:

                      s/ F.A. Gossett
                      United States Magistrate Judge